**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01122-CR

**VICENTE ALEJANDRO PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-62649-N**

## ORDER

The Court **REINSTATES** the appeal.

On May 19, 2015, we ordered the trial court to make findings regarding why the brief had not been filed and abated the appeal. On June 18, 2015, we received appellant's brief, together with a motion to accept the brief tendered. Therefore, in the interest of expediting the appeal, we **VACATE** the May 19, 2015 order.

We **GRANT** appellant's June 18, 2015 motion to accept the brief and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE